# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2383
_____

David Mears

*Plaintiff - Appellant*

v.

Tyson Poultry, Inc.; Tyson Foods, Inc.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith
_____

Submitted: June 10, 2026
Filed: June 17, 2026
[Unpublished]
_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

In this removed employment discrimination action, David Mears appeals the district court's[1] adverse grant of summary judgment. After careful review of the

_____

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas.

record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper.  See Said v. Mayo Clinic, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____